03-15-00267-CV

## Declaration of Evidence

This Declaration provides verified copies of documentary evidence for immediate Show Cause Hearing for People Thomas Howard Hollowell Habeas Corpus issues as follows:

1. People Hollowell, Detainee # 1324445, Stevenson Unit, 1525 FM766, Cuero, Texas 77954 is under supervision of Warden Jimmy Smith who is served copies hereof ; And,
2. Exhibits **A A.** And **A** is Proof Evidence of Sovereign Hollowell's Status Claim; And,

3. Exhibit **B.** is Proof Evidence of Fiduciary Trustees; And,

4. Exhibit **C.** Is Proof Evidence of TRUTH; And,

5. Exhibit **D.** Is Proof Evidence that where Natural Rights are concerned no Rule making or

Legislation may abrogate them.

**WHEREFORE,** above premises considered and not rebutted by Affidavit made under the pains and penalty of perjury is mandatory under supervision of Fiduciary Trustee Attorney Ken Paxton commanding SHOW CAUSE as to why People Hollowell does not deserve his Natural Rights of Liberty within five (5) days receipt hereof, Signed and DNA Seal with Right, Power and Authority of Attorney General for the United States of America ;

*People Paul West Kimmell Sovereign Single State* ;And,

People Paul West Kimmell Sovereign Single State, Sui Juris, Heir of the Adam and Eve Contract made with Almighty God in the Beginning, made a part herein, in full, by Reference to all Fiduciary Trustees in capacities of TRUTH.

Fiduciary Trustee for People Hollowell _____

                                    Texas Attorney General Ken Paxton

U. S. Certified Mail #: 7014–0150–0000–8628–5755

Third Court of Criminal Appeals Fiduciary Trustees, all JUDGES and Clerks by Oath of Office:

U. S. Certified Mail #: 7014–0150–0000–8628–5731

Warden Jimmy Smith Mail #: 7014–0150–0000–8628–5496

Mental Anguish Damages not yet established by Declaration of Liens.

RECEIVED
JUN 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

**Revocation of Waiver of Rights Affidavit** $Exhibit$ A-A-

Texas : State )
           ) S/S Verified Statement of Revocation of Waiver of Rights.
Llano County )

I, ~~Thomas Howard Hollowell~~, hereinafter "Affiant", am competent for stating by first-hand knowledge facts for presentment as evidence in a court of law and or otherwise competent court by Judicial Notice in relation to Cause Nos. CR-5489 and CR-5473 as follows:

1 Affiant states: Thomas Howard Hollowell was and is detained unlawfully by a disguised scheme of deception by Public Officials purporting to be in compliance with a republican form of government for the State of Texas established in the Texas Constitution, Article I., Section 2. Made a part herein, in full, by reference, making this Revocation of Wavier of Rights recto-active as of February 1, 1995, with Hollowell's Affidavit addressed to Texas Attorney General, Greg Abbott as Judicial Notice and made a part herein, in full, by reference.

2. Affiant states : Each, every and all supposed document and or witness thereof that purports to imply any waiver of rights made by Thomas Howard Hollowell is now null and void with no force and effect as of February 1, 1995, for mis-representation of a republican form of government in relation to all aspects of the above named Cause Nos. CR-5489 and CR-5473.

3. Affiant states : All STATE OF TEXAS employees and or assigns are now subject for protection of Thomas Howard Hollowell's inalienable rights and are liable in relation to any detainment of Thomas Howard Hollowell in relation to Cause Nos. CR-5489 and or CR-5473 for denial of release under Habeas Corpus action by Guilford L. Jones' Order issued and file marked on March 26, 2004 See copy attached.

4 Affiant states : This Revocation of Waiver of Rights Affidavit is made for Public Notice to all purported authorities who act in any capacity in relation to Thomas Howard Hollowell's inalienable rights to be secure in his Liberty, Life and pursuit of Happiness.

Further, Affiant sayeth nought by signature and seal affixed hereon.

~~Thomas Howard Hollowell~~
Thomas Howard Hollowell

**Jurat**

Before Me, the undersigned authority, appeared ~~Thomas Howard Hollowell~~

being properly identified Affirms that the above statements are true and correct on this _5_ day of _April_ , A.D., 2005.

_Administered by Donny Stewart (Llano County Jail Administrator)_
Public Notary                      Seal:

$Cover = Exhibit$ A-

## TEXAS COURT OF CRIMINAL APPEALS
### In the Name of the State of Texas

EX PARTE

THOMAS HOWARD HOLLOWELL,                    CASE#_____
Third Party Intervenor; and
Next Friend, Paul West Kimmell

## APPLICATION FOR EXPEDITED
## EXTRAORDINARY WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

THOMAS HOWARD HOLLOWELL, Applicant, hereafter Hollowell, lodges this request

for an Application for the Expedited Extraordinary Writ of Habeas Corpus intending to determine

the propriety of the present restraint upon the liberty of, and to secure the release from incarceration

as the result of an order signed and entered by the presiding Judge of the 33rd Judicial District Court

on January 7, 2005, a true copy of which is attached and marked "Exhibit A." Expedited Application

is made pursuant to 62 Stat 965, which requires a return of writ within three days. Applicant will

show that he is entitled to Habeas Corpus relief and that the order and subsequent order which is

attached as "Exhibit B," are VOID FOR LACK OF JURISDICTION AND CHARGE AGAINST

HIM. Further, said orders are in violation of Constitutional Amendments 4,5,6 and 8 and that the

Writ should issue since the threshold requirements are met by the request in the Writ.

### JURISDICTION

1. As jurisdictional authority for this application for the Extraordinary Writ of Habeas Corpus and

the same being signed and then filed and presented to this court by Hollowell he relies upon the

Constitution and laws of the United States especially the Federal Bill of Rights; the Constitution and

laws of the State of Texas especially the Bill of Rights as stated in Article I thereof; the ancient

common law respecting Habeas Corpus; the Texas Criminal Code of Procedure at Chapter 11 respecting Habeas Corpus, especially Articles 11.01, 11.02, 11.03, 11.04, 11.05, and 11.15; Article 1.27 of the Texas code of Criminal Procedure; and Article 1.051 respecting the Defendant's Right to Assistance of Counsel. Collectively, these statutes are binding on this court and, inter alia provide that,

"The writ of habeas corpus is the remedy to be used when any person is restrained in his liberty." See TCCP, Art. 11.01 and

" The Court of Criminal Appeals, the District Courts, the County Courts, or any Judge of said Courts, have power to issue the writ of habeas corpus; and it is their duty, upon proper motion , to grant the writ under the rules prescribed by law." See TCCP, Art. 11.05, and

"The writ of habeas corpus **shall be granted without delay by the judge or court receiving the petition**, unless it be manifest from the petition itself, or some document annexed to it, that the party is entitled to no relief whatever." See TCCP, Art. 11.15. Further, Applicant calls the attention of this Court to the authority of *Ex Parte Williams*, 630 S.W.2d 803, 804 (Tex.App. San Antonio-1982) which in pertinent part states that:

"We hold that to deny [a] hearing ... constitutes an arbitrary and unreasonable action, as does the denial of habeas corpus relief without a hearing." Id. *Ex Parte Williams*.

## FACTS

1. Thomas Howard Hollowell is illegally confined and restrained of liberty by the Sheriff of Llano County, Texas in the Llano County Jail in Llano, Texas in lieu of want of hearing and determination by Order of the 33rd. Judicial District Court for Llano, Texas on a charge of Indecency with a child, which has failed to produce material and substantial evidence that such allegation

would be considered by a viable independent investigation of due process.

2. Thomas Howard Hollowell's confinement and restraint is illegal because bond in the amount of $50,000.00 is excessive, oppressive and beyond the financial means of Thomas Howard Hollowell, in violation of the of the Eighth and Fourteenth Amendments to the United States Constitution, Article I., §§ 11, 13 and 19 of the Texas Constitution, and Articles 1.09 and 17.15 of the Texas Code of Criminal Procedure.

3. Thomas Howard Hollowell has established many Motions not yet heard for lack of due process conduct by the 33rd. Judicial District Court Public Officials acting in the capacity of Fiduciary Trustee under Oath of Office and failing compliance with Texas Rule of Civil Procedure, Rule 15 and Texas Code of Criminal Procedure, Article 1.23 in the name of "The State of Texas" which is material as defined in Title 18 USC Article 1001 in relation to 18 USC Article 4. Misprision of Felony.

4. Thomas Howard Hollowell supports this action by Affidavits and respectfully requests this Court to conduct an evidentiary hearing to Show Cause why, if any exist, that the process conducted by the below Court should not be made null and void with no force and or effect for the permanent release of Thomas Howard Hollowell without further proceeding to the Supreme Court of the United States as the case may be.

5. Applicant would show that violations of due process guaranteed pursuant to the Eighth and Fourteenth Amendments of the Constitution for the United States of America and Texas Constitution, Article 1. Sections 3a., 9., 10., and 11. has resulted in the illegal and or unlawful detainment in the Llano County Jail at Llano, Texas by Sheriff Nathan Garrett.

6. Applicant would show that by the portions of the below Court's Record in relation to Cause

Nos. CR-5489 and CR-5473 that Thomas Howard Hollowell has been and is being denied due process of hearing on motions filed by Attorney Tommy Adams pertaining to material exculpatory evidence. See copy of Motion attached and list of Motions not yet heard and all other attachments which show evidence of lack of Due process .

7.      Applicant would show that Thomas Howard Hollowell is of sound mind and capable of testifying of same which cause Hollowell should not be committed to a State Mental Hospital on the Order of Guilford L. Jones. See attached copy of Public Notice and Affidavit by Thomas Howard Hollowell pertaining to sanity and insanity.

### Relief Sought

**WHEREFORE, PREMISES CONSIDERED,** Thomas Howard Hollowell prays that this Court grant and issue a Writ of Habeas Corpus to the Sheriff Nathan Garrett of Llano County, Texas who now restrains Hollowell in detention of the Llano County Jail, Llano Texas directing and commanding said Sheriff Garrett production of Thomas Howard Hollowell before this Court instanter, or at such time and place to be designated by this Court, then and there to show cause, if any there be, why Thomas Howard Hollowell should not be discharged from such illegal confinement; or, In the Alternative, that Thomas Howard Hollowell be allowed release from the Llano County Jail on a Personal Recognizance Bond to obtain his inalienable rights of his claims of Report of a Felony and give testimony in this Court of said claim.

Thomas Howard Hollowell further prays that immediate action is necessary by this Application For Writ of Habeas Corpus to prevent further irreparable harm to his right to properly show evidence in support of this Application for Issuance of Habeas Corpus Writ Order by this

Honorable Court's action.

Respectfully submitted on this 7th. Day of April, A.D., 2005 by and through Next Friend, Paul West Kimmell by signature and seal affixed hereto:

*Paul West Kimmell of People*

## Certificate of Service

This is to certify that on April 7th. Day of April, 2005, a true and correct copy of the above and foregoing documents was severed on District Attorney Sam Oatman, Texas Attorney General Greg Abbott, Sheriff Nathan Garrett and Detainee Thomas Howard Hollowell restrained in the Llano County Jail, Llano, Texas by first class mail by Process Server Paul West Kimmell whose signature and seal is affixed hereto:

*Paul West Kimmell of People*

Paul West Kimmell
c/o: P. O. Box 1090
Marble Falls, Texas [78654]

# Public Notice

God Happens Every Day. Anything New? A new science is now being disclosed to the General Public. I t is "Forensic Neuro-Psychokinesis ©" named by founder, Dr. Paul West Kimmell. Its use in qualifying "Truth" and or "Fraud" has many ramifications and the extent of its use is not fully developed. In this "Information Age", it is time for some simple, subtle and profound disclosures hereby made under common law copyright©.

## Three-Way Fraud Test:

Test One. Fraud, sometime expressed as "Fiction of Law", means "An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right." Black's Law Dictionary, 6th. Edition, Page 660. In real live blood analysis, a people's name is often convoluted by "perversion of truth" as in *nom de guerre*, name of war, labeled to the extent that "Elected and other Public Officials and or Agents of Agencies" are exposed as being "Criminally Insane" when making charges against live blooded people. Example: The word "Albert" is not the same as the word "ALBERT". Proof: The all capital word can not be hand written in long hand American Standard English Language expression. It is a total Fraud to label a live blood people "Albert" with the Civilly Dead "ALBERT". Challenge any potential witness, Grand Jury member, Judge, Mother and or Father for testing their sanity and see the pronounced and or Silence result.

Test Two. Fraud by Legal Definitions of Terms and Words.

1. Sanity means the ability to determine right from wrong.
2. Insanity means the inability to determine right from wrong.
3. Silence means Wrong when Speaking truth would be right.
4. Psychopath means a condition of the mind with intent to harm.
5. Evil means insanity by conscious commission of a wrong and or conscious omission of a right.
6. Intent means a condition of the mind of willful and or knowingly commission and or omission measured against the standards of right versus wrong.
7. Cognomen means a surname added to the *nomen* proper name of the family established by God, YAHWEH. "Here is my servant, whom I strengthen-the one I have chosen, with whom I am pleased. I have filled him with my spirit, and he will bring justice to every nation. Isaiah 42:1.
8. nom de guerre means a "fiction of law" name under which a man will often wage war on society such as the STATE OF TEXAS instead of "The Republic of Texas" legal nation name.
9. Fiction of law means fraud based on the assumption of law wherein the actual state of facts have never in reality taken place to support a valid claim.
10. Perversion of truth is insanity when truth is sanity by legal right.
11. Operation of law means truth of God applied as the case may be.
12. Civilly Dead means "Judicial Estoppel" by use of all capital names assigned to a live blood Sovereign people.
13. Violations means Evil intent to harm God's People's unalienable Rights of life, liberty and or the pursuit of happiness.

My God's "Good News" book says: "Those people belong to me", Malachi 3:17. Nothing New, God owns everything. Virtual Reality is that both fools and wise men die.

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS, COUNTY OF LLANO

I, BETTE SUE HOY, County Clerk of Llano County, Texas do hereby certify that this is a true & correct copy as same appears of record in my office. Witness my hand and seal of office on 12-09-2004

Bette Sue Hoy
Llano County Clerk/

Exhibit C

Page 1 of 2

P 1 - 2

10f3

By asking a specific set sequence of questions, using the above Legal Definitions, almost all doubt can be removed from one's innocence. Most prosecutors are legally Psychopathically Insane and should be confined in Asylums for intent to harm and use of *nom de guerre* names when "truth" is the Ordained command of God. The words "Penalty of perjury" means "I submit to the wrath of God"and sometimes expressed by "Kissing the Book" for showing conscious intent.

**Test Three** : **Fraud.** The technology procedures of using "Forensic Neuro-Psychokinesis©" are simple and easily applied but not well understood. Muscle Testing standards established by the International College of Applied Kinesology (I.C.A.K.) started by Dr. George Goodheart in 1964 are used with well established and tested "Brain Modes" developed by Dr. Paul West·Kimmell who authors this Public Notice in use of a client's real live-blood name in contract to a cognomen and or *nom de guerre* name that illustrates profound differences in results. The test is "proof positive" when using real live-blood name and "proof negative" when using the Strawman, *nom de guerre* and or cognomen name.

Yes, I certify, under penalty of perjury, that I can prove the "negative"under the above set of conditions and or circumstances that are consistent with my right to establish and maintain the above stated standards which I believe are true and correct when construed within common Rules of Reason and Principles of Logic.

Signed in the Spirit of Peace as Minister of Good News book by Messenger and Sovereign Paul West Kimmell people before Public Notary for Copyright© Notice purposes.

Sovereign Paul West Kimmell people      Seal by right Thumb print:
c/o: P.O. Box 1090
Marble Falls, Texas [78654]

**Jurat**

Texas : State    )
            ) s/s
Llano : County )

Before Me, the undersigned authority, appeared Sovereign Paul West Kimmell people, known to me with proper authority, and affirmed the above Public Notice facts as true and correct on his solemn belief and standing of common law Copyright© Notice on this _9th._ Day of December, A.D. 2004, for Recording in County Clerk's Public Notice Records, City of Llano, Llano County, Texas.

_____
Public Notary                     Seal:

KAREN L. DAVIS
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires
MARCH 18, 2006

cc: Texas Attorney General Gregg Abbott and District Attorney Sam Oatman by U.S. Certified Return Receipt Mail for knowledge and information; Please forward on the Internet for mass distribution.

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS, COUNTY OF LLANO

I, BETTE SUE HOY, County Clerk of Llano County, Texas do hereby certify that this is a true & correct copy as same appears of record in my office. Witness my hand and seal of office on 12-9-04   2 of 3
Bette Sue Hoy
Llano County Clerk
By Deputy _____
Cheryl L. Stewart

Page 2. oF 2.

Ret To:
Paul Kimmell
POB 1090
MF TX 78654

# People Sovereignty

## Memorandum of Law in Support of Abatement and Execution of Order

1. "In the United States the People are sovereign and the government cannot sever its relationship to the People by taking away their citizenship." Afroyim v. Rusk, 387 U.S. 253 (1967).

2. "The People of a State are entitled to all rights which formerly belonged to the King by his prerogative." Lansing v. Smith, 4 Wendell 9, 20 (1829)

3. .....In America, ...... Our government is founded upon Compact. Sovereignty was, and is, in the People. Glass v. The Sloop Betsy, 3 Dall 6.

4. The People, or the Sovereign are not bound by general words in Statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind People Thomas Howard Hollowell as designated by attached Exhibit AA; A; C, and D. made a part herein, in full, by reference for showing actual damages and mental anguish damages suffered by People Paul West Kimmell by Corporate Officer Jackson with aiding and abetting by Admininstative Officials proceeding under the "Color of Law" as opposed to Title 18, U.S.C.A. §§ 1962 through 1969, 241 and 242 R.I.C.O. organization scheme designated as "THE STATE OF TEXAS" lacking lawful existence over the Sovereign People Paul West Kimmell.

5. The People have been ceded all the Rights of the King of England, the former Sovereign.

6. It is a Maxim, an established principle of the Common Law established in the State of Texas, that when an act of Parliament, Texas Legislature, is made for the public good, the advancement of religion and justice, and to prevent injury and wrong, the People shall be bound by such an act, though not named; but when a Statute is general, and any prerogative Right, title or interest would be divested or taken from the People, in such case People Thomas Howard Hollowell shall not be bound. The People vs. Herkimer, 15 Am. Dec. 379, 4 Cowen 345 (N.Y. 1825).

7. People Hollowell denies existence of any power of inherent Sovereignty in the Governments of UNITED STATES, STATE OF TEXAS, COUNTY OF LLANO and Agencies thereof and its Administrative Operatives for having Judicial Power over the People.

8. In this Country, Sovereignty resides in the People. See above citations and compliance of Preamble of Texas Constitutions, 1845, .......People's Power to alter or change operation of government, made a part herein, in full, by reference showing authority of the People.

## Exhibit D.

People Paul Wade Kimmell
3312 25. 1431
Kingsland, Texas 78639

To: Third Court of Criminal Appeals
P.O. Box 12547
Austin, Texas 78711-2547

CERTIFIED MAIL

7014 0150 0000 8628 5731

UNITED STATES
POSTAL SERVICE

1000        78711

U.S. POS
PAID
KINGSLAND,
JUN 76639
AMOUNT
$7.6
0006673





RECEIVED
JUN 05 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE